# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EGAE, LLC,

    Plaintiff,

  v.

MARCIA FUDGE, et al.,

    Defendants.

No. 3:23-cv-00003-KFR

IT IS SO ORDERED pursuant to the stipulation of the parties that all claims against Marcia Fudge, in Her Official Capacity as Secretary of the United States Department of Housing & Urban Development (HUD), are hereby **DISMISSED WITH PREJUDICE**. EGAE and HUD shall each bear their own attorney's fees and costs in this matter, whether a claimed entitlement to attorney's fees and costs arises by way of federal or state law.

DATED this 18th of December 2024, at Anchorage, Alaska.

KYLE F. REARDON
United States Magistrate Judge
District of Alaska